UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
*Waleed Bin Khalid Abu Al-Waleed Al-Qargani et. al.  v. Chevron Corporation et. al.*

# EXHIBIT A

*Certified Translation of*
**First Petroleum Agreement**
**("The Concession Agreement")**



CHUNG, MALHAS, & MANTEL, PLLC.

الحامي
حسّان المحاسني

قسم الترجمة / ترخيص رقم ٢٢

**LAW OFFICE OF HASSAN MAHASSNI**
TRANSLATION DEPARTMENT (LICENSE NO. 23)

P.O.BOX 2256, JEDDAH 21451
TELEPHONE: (966-2) 565-4353
FACSIMILE: (966-2) 669-2996
(Ch. Of Commerce No. 63471)
**KINGDOM OF SAUDI ARABIA**

ص. ب ٢٢٥٦ جـــــدة ٢١٤٥١
هـــــاتف : ٥٦٥٤٣٥٣ (٩٦٦-٢)
فـــــاكس : ٦٦٩٢٩٩٦ (٩٦٦-٢)
ر.ع.ت : ٦٣٤٧١
المملكة العربية السعودية

## Certificate

The Translation Department of the
Law Office of Hassan Mahassni
hereby certifies that it is licensed to
perform translation from and into
English and Arabic, and that the
translation of the attached
document is a full and correct
translation.

## شهادة

يهذا يشهد "قسم الترجمة في مكتب
المحامي حسّان المحاسني" أنه
مكتب مرخص له للقيام بأعمال
الترجمة من وإلى اللغتين الإنكليزية
والعربية، وأن ترجمته للوثيقة المرفقة
هي ترجمة كاملة وصحيحة.

Jeddah on:

**2 3 JUN 2015**

حـــررة في:

Translation Department

قسم الترجمة



حسّان المحاسني
Hassan Mahassni



[RK2#27210V1]



**Kingdom of Saudi Arabia**
**Ministry of Finance**
**Private Bureau**

This Agreement has been concluded between His Excellency Abdullah Al-Sulaiman Al-Hamdan, Minister of Finance of the Kingdom of Saudi Arabia, on behalf of the Government of Saudi Arabia, hereinafter referred to as the (Government) First Party – and L.N. Hamilton on behalf of Standard Oil of California Company, hereinafter referred to as the (Company) Second Party. Agreement has been reached between the Government and the Company in the following manner:

### Article 1:

Under this Agreement and subject to the terms and conditions to be subsequently detailed which pertain to the area bounded below, the Government confers upon the Company the absolute right for a period of sixty years starting as of the date of the coming into effect of the Agreement to investigate, explore, drill, produce, process, manufacture, transport, handle, take and export petroleum, asphalt, naphtha, natural lubricants, ............ wax, other carbon liquids and the extracts of all of these products. However, it is understood that this right shall not include the granting of the absolute right for the sale of crude or refined products within the area detailed below or inside the Kingdom of Saudi Arabia.

### Article 2:

The area covered by the absolute right mentioned under Article 1 of this Agreement shall be entire eastern parts of the Kingdom of Saudi Arabia   from its eastern boundaries (including the marine islands and coastal waters) to the end of the western edge of Al-Dahna'a, and from the northern borders to the end of the southern borders of the Kingdom of Saudi Arabia, provided that from the northern end of the western edge of Al-Dahna'a, this western boundary of the area referred to, shall continue in a straight line in the direction of the north with a deviation of thirty degrees westwards until the point of convergence of the northern borders of the Kingdom of Saudi Arabia, and that from the southern end of the western edge of Al-Dahna'a, this western boundary of the area referred to shall continue in a straight line southwards with a thirty degree deviation eastwards until the point of convergence of the southern borders of Kingdom of Saudi Arabia. For the sake of simplicity (easy reference), this area shall be called the (Covered Zone).



Hassan Mohammed Shawkat Marrassni Translation Office - Licensee No. 23

2



## Photocopy of the First Petroleum Agreement

### Signed in 1933

### Serial Number 22

Stamp appears with the following words:

*"Ministry of Finance of the Kingdom of Saudi Arabia*
*Sheikh Sulaiman Al Hamdan*
*5 Safar, 1352 H. (30th May, 1933)"*



Hassan Mohammed Shawkat Mahassni Translation Office - License No 23



Hassan Mohammed Shawkat Mahassni Translation Office - License No. 23

### Article 3:

In addition to the granting of the (Covered Zone) specified in Article 2 of this Agreement, the Government hereby also grants to the Company the priority right to obtain an (Oil Concession) that shall include the rest of the eastern parts of the Kingdom of Saudi Arabia extending to the west from the western borders of the (Covered Zone) to the point where the sedimentary lands meet with the *igneous layers*. This right of priority includes such rights as the Government now has and what it will have after now in what is called the neutral zone bordering the Persian Gulf and lying to the south of Kuwait. The description of this right of priority shall be agreed upon later on. The expression of (Oil Concession) contained in this article is intended to mean an overall concession of all the products mentioned in this Agreement. In addition to this, the Company's geologist shall have the right to inspect the area covered by the aforementioned priority right (with the exception of the above mentioned neutral zone) if such inspection is necessary or useful to explore the geological nature of the (Covered Zone).

### Article 4:

Within the period agreed upon in Article Eighteen of this Agreement, the Company shall extend to the Government a preliminary loan of Thirty Thousand English Gold Guineas or the equivalent thereof.

### Article 5:

The Company shall annually pay to the Government the amount of five thousand English Gold Guineas or the equivalent thereof. For the sake of simplicity (easy reference), this payment shall be expressed as an (annual rent) and this rent shall be paid in advance. The rent for the first year shall be paid within the period agreed upon in Article Eighteen of this Agreement. Thereafter, and while this contract shall not be invalidated, the annual rent shall continue to be paid at the beginning of every year as of the date of the coming into effect of this Agreement, and it must be paid within 30 days of the date of the start of every year, provided that upon the discovery of oil in commercial quantities, no other annual rents shall be claimed nor shall they be payable.

### Article 6:

If this Agreement is not ended within a period of eighteen months starting from the date of its validity, the Company shall extend to the Government a second loan amounting to Twenty Thousand English Gold Guineas or the equivalent thereof. The maturity date of this loan shall be after the lapse of eighteen months from the date of the validity of this



▨▨▨▨, but the Company shall have a period of grace of fifteen days from the date of ▨▨▨▨▨ in order to extend this loan within that period.

## Article 7:

▨▨▨ the validity of this Agreement, the Government shall not be required to repay the ▨▨▨▨▨▨ loan amounting to thirty thousand English Gold Guineas or the equivalent ▨▨▨▨ nor the second loan amounting to twenty thousand English Gold Guineas or the ▨▨▨▨▨▨ thereof. However, the Company shall have the right to recover the amounts of these two loans by deduction from half of the proceeds due to the Government. If the Company had not recovered the amounts of these two loans in full or any part thereof in this way before the expiry of this Agreement, the Government shall pay back the amounts which were not recovered in four annual installments. The first installment shall be paid within one year as of the date of expiry of this Agreement. In addition to this, the priority right referred to in Article Three of this Agreement shall remain valid with the Company until the Government shall have paid all of the amounts that were not recovered.

## Article 8:

Upon the coming into effect of this Agreement, the Company shall start planning work and preparations for the geological work; and the works shall be so arranged as to take advantage of the cool climate in order to carry out effective field works, whereas the hot climate shall be utilized for office work such as information collection and reports. In any case, the start of the real field work shall not be beyond the end of the month of September 1933, and this work shall continue diligently and vigorously until the drilling operations start and until the Agreement comes to an end.

## Article 9:

Within ninety days of the date of commencement of the drilling operations, the Company shall abandon to the Government plots (of land) from the Covered Zone in respect of which it had decided at the time not to pursue the same or not to use in another way related to this project. The Company shall also abandon to the Government from time to time during the subsistence of the Agreement other plots in the Covered Zone which the Company might have decided at the time not to proceed with the discovery, exploration or the use thereof in what is related to this project. All of the plots which the Company had abandoned shall be released from terms and conditions of this Agreement; however, the Company shall have the permanent right to use these abandoned lands in facilitating transport and communications throughout the validity of this Agreement, provided that such use shall have little to do with the other way in which these sections abandoned by the Company, might be used.



Hassan Mohammed Shawkat Mahassni Translation Office - License No. 23



### Article 10:

The Company shall commence the operations relating to drilling as soon the site appropriate for it has been found. In any case, if the Company failed to commence the drilling operations within three years as of the end of the September 1933 (subject to the provisions of Article twenty seven of this Agreement), it shall be permissible for Government to terminate this contract. When the Company starts the drilling works, it must maintain active perseverance until such time as it has discovered oil in commercial quantities or until such time as this Agreement has been terminated. If the Company defaulted to announce on time the discovery of oil in commercial quantities, then the date which will be marked as the date when oil was discovered in commercial quantities would be the date when the Company had completed the drilling of one or more wells, tested them and found them capable of producing not less than two thousand tons of crude oil per day for 30 consecutive days pursuant to the applicable usuages in first class oil territories.

Operations relating to drilling shall include the requisition of tools and equipment and the shipping thereof to the Saudi Arabian Territories and shall comprise building of roads, camping, structures, installations, communications, and the fitting and operation of machinery, equipment and means for the drilling of wells …etc.

### Article 11:

Upon the discovery of oil in commercial quantities, the Company shall loan the Government the amount of Fifty Thousand English Gold Guineas or the equivalent thereof, and one year thereafter it will loan the Government another amount of Fifty Thousand English Gold Guineas or the equivalent thereof. The date of extending the first loan shall be the date of the discovery of oil in commercial quantities as provided for under Article (10) of this Agreement. The date of extending the second loan shall be one year after the lapse of that date, and in both cases the Company shall be given a period of grace of sixty days following the maturity date so that within that period the loan shall be extended. Both of these two loans shall be on account of the proceeds which will be due to the Government, and accordingly the Company shall have the right to recover them in the form of deductions from one half of the proceeds due to the Government.

### Article 12:

As it has been agreed that the annual rent of Five Thousand English Gold Guineas or the equivalent thereof shall be paid until the date of the discovery of oil in commercial quantities, and as it has been agreed also that the payment of this annual rent shall be made in advance, then it shall be permissible for the last annual rent paid before the date





the discovery of oil in large quantities shall include a period exceeding this date of discovery, and therefore if such period was equal to one fifth 1/5 of the year or more than that, then the corresponding percentage to be attained from the amount of the Five Thousand English Gold Guineas  or the equivalent thereof shall be in the form of an addition to amount of the proceeds of the Government, and the Company shall have the right to recover it in the form of deductions from half of the proceeds due to the Government.

### Article 13:

Until such time as it becomes practicable that is to say the Company is given reasonable time for requisitioning and shipping additional tools and equipment to the Territory of Saudi Arabia as well as the commencement of additional work) after the date of the discovery of oil in commercial quantities, the Company shall continue the drilling operations using at least two of the equipment and such operations shall continue with all the vigor and perseverance until such time as the prescribed area has been drilled pursuant to what takes place in the first class oil lands or until the Agreement ends.

### Article 14:

The Company shall pay to the Government an income in respect of all of the crude oil produced and reserved that is flowing from the field storage basin after extracting from it:-

1- Water and  extraneous materials.
2- Oils that are necessary for the ordinary works in the installations of the Company in the Kingdom of Saudi Arabia
3- Oils that are necessary to manufacture quantities of gasoline and kerosene to be given free of charge to the Government each year in accordance with Article Nineteen of this Agreement. The value of the proceeds for every net ton of crude oil shall either be:

a) Four Gold Shillings or the equivalent thereof, or

b) As per the Company's discretion at the time of payment of each installment of the proceeds, it shall be one dollar of the currency of the United States of America on each net ton of crude oil to which dollar there shall be added the difference that might exist in the exchange rate between the quantity which is equivalent to Four Gold Shillings pursuant to the average rate of exchange during the three months that immediately precede the date of payment of the installment and one dollar and ten cents of the United States currency.



... the average rate of exchange was one dollar and fourteen cents of United ... for every Four Gold Shillings (that is to say the value of the English ... equivalent to five dollars and seventy cents), then the value of the ... for each one net ton of crude oil shall be one dollar and four cents of the ... the United States of America.

### Article 15:

... the Company was extracting, preserving and selling any type of natural gasses, then it ... pay the Government and income which is equivalent to one eighth (1/8) of the ... proceeds of sale of such natural gasses. However, it is understood that the Company ... not be required to produce, preserve, sell or dispose of any natural gas and it is also ... understood that it shall not be required to pay any income on the gasses that it might use ... the normal works at its installation of Kingdom of Saudi Arabia.

### Article 16:

The Government shall have the right, through its duly authorized representatives, to inspect and scrutinize the works carried out by the Company according to the provisions of this Agreement during the normal working hours, and to review and verify the quantities of production carried out by the Company in gauging the quantities of oil extracted which are preserved and flowing from the field storage reservoir pursuant to the common practices in the first class oil fields, and keep them as true and correct accounts. The same shall also apply to the natural gases which might be extracted, reserved and sold by it. The duly authorized representatives of the Government shall have the right at all appropriate times to inspect such accounts. The Company shall deliver to the Government within three months after completion of every half year starting from the date of the discovery of oil in commercial quantities, a summary of the accounts of half of that year and a statement of the amount of the proceeds due to the Government in respect of half of that year. The Government shall, treat these accounts and statements confidentially with the exception of the figures which the Government feels are needed to be published for financial purposes. The proceeds due to the Government shall be paid at the end of every half year starting from the date of the discovery of oil in commercial quantities within three months as of the end of that half year. In case of any difference relating to the amount of the proceeds due for that half year, the Company shall deliver to the Government that part of the proceeds account in respect of which there was no difference during within the period indicated above, and thereafter the question of the existing difference shall be settled with the agreement of the two parties. If no agreement was reached in this form, the difference shall be settled by arbitration as provided for in this contract. Any amount that is payable to the Government as a result of such settlement, shall be paid within the sixty days of the date of such determination.



7

Article 17:

It has been agreed that all gold payments provided for in this Agreement – be they Gold Shillings or Guineas – shall be computed according to the English Gold Guinea based on the weight and degree of purity thereof at the time when payments are due. It has also been agreed that the equivalent of the gold currency provided for in this contract, be they Gold Guineas or Shillings, may be paid either in American Dollars or Sterling Pounds.

It has also be agreed that payment of the equivalent of the value of the first loan and rent of the first year in the sterling currency or American dollars shall be pursuant to the exchange rate on the date of the payment of those amounts. With this exception, the equivalent of Gold Guineas or Shillings which are payable under this contract in the Sterling currency or American dollars, shall be computed on the basis of the average exchange rate during the three months that immediately precede the payment date of that equivalent amount.

### Article 18:

All payments provided for in this Agreement which ought to be paid to the Government shall be paid to it either directly or by depositing it in its name in one of the banks designated in writing by the Government. The Government shall have the right to change this bank from time to time, provided that it shall inform sthe Company of such change in writing so that the Company shall have ample time to make future payment to the new bank.

It has been agreed that the Government shall designate that bank either in the Territory of Saudi Arabia, the United States of America, England or Holland, provided that no bank shall be so designated in the Territory of Saudi Arabia unless it had offices in the united States of America, England or Holland through which money can be transferred to the Territory of Saudi Arabia. In case the Company made due payment to the Government or deposited the amount belonging to it in one of the banks or if it that had paid that amount to the offices of a bank for the purpose of transferring it to the Territory of Saudi Arabia, the Company shall be free of liability in regard to that payment. It has been agreed that the first payment amounting to Thirty Five English Gold Guineas or the equivalent thereof (which is the preliminary loan and rent of the first year), shall be paid within fifteen days of the coming into effect of this Agreement to the offices of the Dutch Commercial Company in Jeddah (Territory of Saudi Arabia) which are in New York or London for the transfer thereof at the Company's expense without delay to the said Commercial Company to be delivered to the Government against obtaining from the Government a proper receipt for this payment. If this first payment is not paid in gold

J. 039/0099/69/20 Aramco-Al Sulaiman/Ahmad Katan//Saudi Aramco - Doc. - 1 by Salah Nageh doc.

8

...... Pounds at the rate of exchange valid at the time at which ..... payment to those offices.

**Article 19**

...... the discovery of oil in commercial quantities and within a reasonable time, the ...... shall select an area inside the Territory of Saudi Arabia to set up a factory for the manufacturing of a sufficient quantity of gasoline and gas to meet the ordinary requirements of the Government, provided that the nature of crude oil available shall be conducive to the manufacturing of these products on commercial basis through the use of customary refining methods, and provided that the invested quantities of oil are sufficient for the purpose.

It is understood that the ordinary requirements of the Government shall not include the sale, on its part, inside the country nor outside, and that the Company shall expedite the construction of this factory after completion of the necessary preliminary arrangements and as soon as it has obtained the approval of the Government for the site proposed by it. Every year following the date of completion of this factory, the Company shall provide the Government free of charge with a quantity of gasoline amounting to *two hundred thousand* unpacked American gallons and a quantity of gas amounting to *one hundred thousand* unpacked American gallons. It is understood that the means that are to be used by the Government for receiving these quantities shall not impede or expose the works of the Company to danger.

## Article 20:

The Company shall employ at its own expense the necessary number of guards and watchmen for the purpose of looking after its representatives, camps and installations. However, the Government promises to extend all the help to the Company in providing the best of solders and men at its disposal and charge them with the responsibility of undertaking this work, and shall extend to the Company all reasonable care at wages that are not in excess of the usual wages paid by the Government or by any other persons for similar services. It is understood that the expenses for such services shall be paid by the Company to the Government.

## Article 21:

In consideration of the obligations undertaken by the Company under this Agreement, and in lieu of the payments required from the Company pursuant to this Agreement, the Company and the project shall be exempted from all direct or indirect taxes, excise, dues, wages and fees (including customs dues in respect of exports and imports). It is understood that this advantage shall not include the sale of the products inside the

Hassan Mohammed Shawkat Mahassni Translation Office - License No 23



in Sterling Pounds at the rate of exchange valid at the time at which
_____ _____ that payment to those offices.

### Article 19:

Following the discovery of oil in commercial quantities and within a reasonable time, the
Company shall select an area inside the Territory of Saudi Arabia to set up a factory for
the manufacturing of a sufficient quantity of gasoline and gas to meet the ordinary
requirements of the Government, provided that the nature of crude oil available shall be
conducive to the manufacturing of these products on commercial basis through the use of
customary refining methods, and provided that the invested quantities of oil are sufficient
for the purpose.

It is understood that the ordinary requirements of the Government shall not include the
sale, on its part, inside the country nor outside, and that the Company shall expedite the
construction of this factory after completion of the necessary preliminary arrangements
and as soon as it has obtained the approval of the Government for the site proposed by it.
Every year following the date of completion of this factory, the Company shall provide
the Government free of charge with a quantity of gasoline amounting to *two hundred
thousand* unpacked American gallons and a quantity of gas amounting to *one hundred
thousand* unpacked American gallons. It is understood that the means that are to be used
by the Government for receiving these quantities shall not impede or expose the works of
the Company to danger.

### Article 20:

The Company shall employ at its own expense the necessary number of guards and
watchmen for the purpose of looking after its representatives, camps and installations.
However, the Government promises to extend all the help to the Company in providing
the best of solders and men at its disposal and charge them with the responsibility of
undertaking this work, and shall extend to the Company all reasonable care at wages that
are not in excess of the usual wages paid by the Government or by any other persons for
similar services. It is understood that the expenses for such services shall be paid by the
Company to the Government.

### Article 21:

In consideration of the obligations undertaken by the Company under this Agreement,
and in lieu of the payments required from the Company pursuant to this Agreement, the
Company and the project shall be exempted from all direct or indirect taxes, excise, dues,
wages and fees (including customs dues in respect of exports and imports). It is
understood that this advantage shall not include the sale of the products inside the

*I: 6600000/0020 Aramco Al Sulaiman/Ahmad Katta/[Saudi Aramco - Doc  - 1 by Salah Sageh.doc*



9

erritory or the private needs of the staff of the Company. It shall not be permissible for the Company to sell inside the Territory any of the items imported for it in respect of which no customs dues were collected without first paying the customs dues that are payable for the same.

### Article 22:

Naturally, it is understood that the Company shall have the right to use all means and facilities which it considers necessary or recommended in order to help it to enjoy the rights that are granted to it under this Agreement and to enable it to carry out the objects of this project – which include inter alia – the construction and use of roads, camps, buildings, fixtures, all means of transportation and to set up and operate machines, equipment and means that are related to the drilling of wells, transportation, storage, processing, manufacturing, handling or to the exportation of petroleum and its products, or which relate to the camps, buildings, and accommodation of the staff of the Company. The Company shall have the right to build and to use basins, reservoirs, tanks and utensils. It shall have the right to build harbors, quays and lines for marine loading and operate the same as well as all other port facilities and to use all types of means for the transport of the staff equipment, petroleum and the extracts thereof.

It is understood however, that the use of aircraft inside the Territory shall be subject to a separate agreement, and the Company alone shall also have the right to invest, take and use water. It shall also have the right to take and use any water that belongs to the Government for the purpose of managing the works relating to the project, provided that its work shall not cause damage to irrigation not deprive the lands, houses, or resources used to provide sufficient water to cattle from time to time. The Company may also take and use for its activities provided for in this project other natural products belonging to the Government such as surface dust, timber, stones, limes, gypsum and the like.

The employees and agents of the Government (while carrying out official duties) shall have the right to use means of transportation and transport set up by the Company, provided that such use shall not impede or obstruct the works of the Company mentioned in this Agreement nor cause the Company to incur any material expenses. The use by the Government of the means of transportation and transport belonging to the Company during national emergencies would make it possible for the Company to obtain fair compensation for any loss sustained by it as a result of that use in respect of damage afflicting the Company's means or equipment or installations or for impeding or obstructing its works.





### Article 23:

The project mentioned in this Agreement shall be managed and controlled by Americans who shall employ as far as possible and practicable citizens of the Kingdom of Saudi Arabia. Should the Company be able to find suitable employees from the citizens of the Government of Saudi Arabia, then it shall not employ the nationals of any other government. However, the treatment of the workers by the Company shall be subject to the laws prevailing in the Territory (which are usually applied to the employees of any other industrial project).

### Article 24:

The Company shall reserve for itself the right to investigate other materials and products other than those provided for in this Agreement and to procure the same within the Covered Zone of this Agreement except such lands that are occupied by the wells and installations of the Company. It is always stipulated that this right which is reserved for the Government, shall be applied in such a manner as not to violate the rights of the Company that are granted to it nor to expose its operations to danger and for that (purpose) it is stipulated also that the government pay to the Company fair compensation for each and every damage sustained by the Company as a result of these rights which are reserved for it. Upon granting these rights which are reserved by the Government for itself the holder of the Concession shall be bound the provisions of this Article.

### Article 25:

The Government authorizes to company to obtain from the owner of the land the surface rights of the lands which the Company deems necessary for use in its works pertaining to this project, provided that the Company shall pay to the occupant of the lands an allowance in consideration for abandoning the use of such lands. However, the amount to be paid to it (occupant) must be fair and based on the benefit which the occupant of the land obtains from it. The Government shall extend to the Company all reasonable assistance in case of difficulties arising out of obtaining the rights from the occupant of the surface of the land. Naturally, the Company shall have no right to obtain the holy sites nor occupy them.

### Article 26:

The Company shall present to the Government copies of all the typographical maps and geological reports in their final form ratified by the Company which relate to frequenting and utilizing the area covered by this Agreement, and the Company shall also submit to the Government within four months from the end of every year (starting as of the date of



Hassan Mohammed Shawkat Mahassni Translation Office - License No. 23



...scovering oil in commercial quantities) a report on its works that are provided for in this Agreement in that year, provided that the Government shall treat these maps and reports confidentially.

### Article 27:

Any default or omission perpetrated by the Company in implementing any of the conditions of this Agreement or the execution of its provisions shall not confer upon the Government the right to request compensation from the Company or even to treat that as a violation of this Agreement when such default or omission arose out of force majeure. Should the performance of any condition or provision of this Agreement be delayed because of force majeure, then the period of delay must be added to the period which might be necessary to rectify any damage occasioned during such delay, to the period and conditions outlined in this Agreement.

### Article 28:

The Company may terminate this Agreement at anytime it chooses by giving the Government, prior to doing so, a written notice of thirty days in a letter or cable, provided that the telegraphic notice shall be confirmed in writing. When terminating this Agreement by serving the said notice or by any other means, each of the Government and the Company shall thereafter not be bound by any other obligations under this Agreement with the exception of the following:-

1- The immovable properties of the Company such as roads, water wells, or oil wells with the pipelines thereof as well as the fixed buildings and installations ...etc. shall become the ownership of the Government free of charge.

2- The Company shall give time to the Government to buy the moveable belongings of the project in the Territory of Saudi Arabia at a fair value equal to the value of the replacement of such properties at that time with a depreciation of the value against use. Any difference arising in connection with determining the fair value, shall be settled by arbitration in the same manner as provided for in Article (31) of this Agreement. If the Government refused or failed to buy those moveable properties within two months of the date of terminating this contract or if the Government failed to provide the value within thirty days after the termination thereof, either by agreeing to it or by arbitration, the Company shall have the right to transport its properties within a period of six months.

3- Should the Company have due amounts remaining and unrecovered pursuant to Article (7) of this Agreement, then the reservations of the said Article (7) shall remain valid until the obligations provided for therein shall have been executed.



Hassan Mohammed Shawkat Mahassni Translation Office - License No 23

### Article 29:

Should the Company break its undertaking to extend the second loan amounting to Twenty English Gold Guineas or the equivalent thereof as stipulated in Article Six of this Agreement or its undertaking to start works relating to the drilling as stipulated in Article Ten of this Agreement or its undertaking to extend the two loans each one of which amounting to Fifty Thousand English Gold Guineas or the equivalent thereof as provided for in Article Eleven of this Agreement, or its undertaking pursuant to Article Thirty of this Agreement in connection with the payment of any compensation that may be imposed on the Company, then the Government handling of this revocation shall be its right to notify the Company of that revocation immediately and if the Company failed to take expeditious measures to honor the revoked undertakings, the Government shall have the right to terminate this Agreement.

### Article 30:

The penalty to be imposed on the Company for violating any of its undertakings provided for in this Agreement (with the exception of the conditions specified in Article Twenty Nine shall be a fine to be paid by the Company to the Government under the following conditions:

The Government shall immediately inform the Company of any revocation attributed to it, and the Government shall explain to the Company the nature of that revocation. Any difference that might arise as to whether the Company had committed the revocation attributed to it or not, shall be settled in the manner specified in this Agreement so that if it was proven that the Company had committed the revocation then its default in carrying out the expeditious measures to deal with the same shall make it liable to pay compensation for that damage to the Government. If no agreement is reached on the amount of these compensations, then they shall be determined by arbitration in the manner specified in this Agreement, and the Company shall pay to the Government the prescribed amounts of compensation in the manner stated within sixty days of the date of that decision.

### Article 31:

Should any doubt, difficulty or difference arise between the Government and the Company in interpreting this Agreement, the execution thereof or the interpretation or execution of any of it or with regard to any matter that is related to it or the rights of either of the two parties or the consequences thereof, and the two parties fail to agree on the settlement of the same in another way, then the issue shall be referred to two arbitrators with each party appointing one of the two arbitrators and with the two



13

Hassan Mohammed Shawkat Mahassni Translation Office - License No. 23

arbitrators appointing an umpire prior to proceeding to arbitration.  Each party shall appoint its arbitrator within thirty days of the date of the application made to it in writing by the other party. Should the two arbitrators fail to appoint the umpire, then the Government and the Company shall at that point appoint an umpire by consent and should both of them fail to agree, then they should apply to the President of the Permanent International Court of Justice to appoint an umpire.  The award passed by the two arbitrators in the case shall be final. However, if they failed to agree, then the award of the arbitrators in the case shall be final.  As regards the place of arbitration, the two parties shall agree on it and if they failed to agree to that then it shall be in the Hague (Holland).

### Article 32:

The Company shall have no right to assign its rights or obligations specified in this Agreement to whosever without the consent of the Government, except that it is understood the Company shall have the right to transfer its rights and obligations provided for in this agreement to a company to be set up by it for this project after notifying the Government of the same. The Company shall have the right also to form other companies or establishments such as this whenever it is useful or necessary for it to do so as to carry out the objects of this project. Such companies or establishments shall upon assuming some of the rights and obligations provided for in this Agreement or all of them and after notifying the Government of the same shall become subject to the terms and conditions of this Agreement.  However, if the company or the establishment that is newly formed issue shares for sale to the public, then the inhabitants of the Kingdom of Saudi Arabia shall be given reasonable time to subscribe (under the same conditions that are offered to others) for at least 20% of the shares issued and offered for sale to the public.

### Article 33:

It is understood that the periods referred to in this Agreement shall be computed on the basis of the solar calendar.

### Article 34:

The date on which this Agreement shall be considered to come into effect shall be date on which it shall be published in the Kingdom of Saudi Arabia following the conclusion of this Agreement by the Company.





### Article 35:

This Agreement has been executed both in Arabic and English and each of them has the same value. However, as most of the obligations that are provided for in it fall on the Company, and as the interpretation of the English version, especially the technical obligations and requirements referring to the oil industry are expressions that are based on solid rules after long practice and tests in agreements that are similar to this Agreement then it is agreed that the two versions shall have the same value. In case of a difference on the interpretation relating to the Company's obligations provided for in it, then the English version shall prevail.

### Article 36:

For the avoidance of any confusion, it is abundantly clear that neither the Company nor any company affiliated or related to it shall have the right to interfere in the administrative, political or religious affairs in the Kingdom of Saudi Arabia.

### Article 37:

It is understood that this Agreement, following the signing thereof in the country of Saudi Arabia shall be offered for the conclusion of it by the Company at its head office in San Francisco in the state of California before becoming valid. Following the signing of two versions of this Agreement in two counterparts in the Kingdom of Saudi Arabia, the signed counterparts shall be sent by the Company by registered mail to the headquarters of the Company in San Francisco, California. Within fifteen days of the receipt thereof, the Company has to send its consent or otherwise by cable to the Government to conclude this Agreement. If the Company did not conclude the Agreement within fifteen days of that date, this Agreement shall be null and void and shall have no effect or other consequence.

Similarly, if the preliminary loan and the rent for the first year had not been paid to the Government within the time agreed upon in Article Eighteen of this Agreement, the Government shall have the right to declare this Agreement null and void and to consider it thereafter invalid upon the conclusion of it by the Company, so that the Company shall return to the Government one copy of the two signed versions with the necessary proof showing the conclusion of the Agreement by the Company. Upon conclusion by the Company of this agreement, it will be published in Saudi Arabia in the usual way.

Hassan Mohammed Shawkat Mahassni Translation Office - License No. 23





This agreement has been executed this fourth day of the month of Safar in the year One Thousand Three Hundred Fifty Two After Hijrah, corresponding to the twenty ninth of May in the year One Thousand Nine Hundred Thirty Three Anno Domini.

For the Government of the Kingdom of Saudi Arabia
Minister of Finance
(Signed)

For Standard Oil of California
L.N.Hamilton
(Signed)



J.:60990501-0979/Aramco Al Sulaiman/Ahmed Kasun/[Saudi Aramco   Doc. - I by Salah Stajeh six.

16

Hassan Mohammed Shawkat Mahassni Translation Office - License No. 23



# صورة ضوئية لاتفاقية البترول الأولى

## الموقعة سنة ١٩٣٣م



وزير مالية المملكة العربية السعودية
الشيخ عبد الله السليمان الحمدان
٥ صفر سنة ١٣٥٢ (٢٠ مايو ١٩٣٣)

وزير الخارجية



Gezien voor de legalisatie der handteekening
van d...... ab. widjoyoadmodjo
's ....... ceralik ......
Voor den Minister van
Buitenlandsche Zaken
De Secretaris-Generaal

I. *Carl A. Fisher*, Secretary of the
Legation of the United States of America at The Hague
do hereby certify that the above signature

*A. J. E. Carrière*

is his true and genuine signature, and that the same

*Chief of Division Netherlands Foreign Office*

is known to me to be the person he claims to be.
In witness whereof I have hereto
set my hand and affixed the seal
of this Legation on this 16th
day of *June 1933*

*Carl A. Fisher*

AMERICAN
LEGATION
THE HAGUE-NETHERLANDS
FEE STAMP

– ١٦٨ –



المملكة العربية السعودية
وزارة المالية
المكتب الفني

عقدت هذه الاتفاقية بين معالى عبد الله السليمان الحمد ان وزير مالية المملكة العربية السعودية بالنيابة عن الحكومة العربية السعودية المسمى فيما يلى ( بالحكومة ) فريقا اولا ــ وبين ر . ه . ه . هالتون نيابة عن شركة ستدرد اويل اف كاليفورنيا المسمى فيما يلى ( بالشركة ) فريقا ثانيا . وقد تم الاتفاق بهذه بين الحكومة والشركة على الوجه الاتى : ــ

ــ المادة الاولى ــ

تمنح الحكومة للشركة بمقتضى هذه الاتفاقية ووفقا للشروط الاتى بيانها والخاصة بالساحة المحدودة ادناه الحق المطلق لمدة ستين سنة تبتدىء من تاريخ سريان مفعولها للتحرى والتنقيب والحفر واستخراج ومعالجة وصنع ونقل ومعاملة واخذ وتصدير البترول والاسفلت والنفط والشحوما ت الطبيعية والشمع الكريم والسوائل الكربونية الاخرى ومستخرجات جميع هذه المحصولات ــ من المفهوم على كل حال ان هذا الحق لا يتضمن منح الحق المطلق لبيع المنتوجات الوسخة او المكررة فى داخل المنطقة المشروحة ادناه او فى داخل المملكة العربية السعودية .

ــ المادة الثانية ــ

ان المنطقة التى يشملها الحق المطلق المشار اليه فى المادة الاولى من هذه الاتفاقية هى كامل الجهة الشرقية من المملكة العربية السعودية ــ من حدود ها الشرقية ( بما فيها الجزر البحرية والمياه الساحلية) الى منتهى الحافة الغربية للحد هنا٠ ومن الحدود الشمالية الى منتهى الحدود الجنوبية للمملكة العربية السعودية . على شرط انه من النهاية الشمالية للحافة الغربية للحد هنا٠ يسترهذ الحد الغربى للمنطقة المشار اليها فى خط مستقيم متجه الى الشمال بانحراف ثلاثين درجه غربا حتى نقطة ملتقى خط الحدود الشمالية للملكة العربية السعودية . وانه من النهاية الجنوبية للحافة الغربية للحد هنا٠ يسترهذ الحد الغربى للمنطقة المشار اليها فى خط مستقيم متجه الى الـــــى الجنوب بانحراف ثلاثين درجه شرقا حتى نقطة ملتقى خط الحدود الجنوبية للمملكة العربية السعودية من اجل السهولة ستسمى هذه المنطقة ( بالمنطقة المشموله ) .

ــ المادة الثالثة ــ

علاوة على منح ( المنطقة المشمولة ) الموضحة فى المادة الثانية من هذه الاتفاقية ــ تمنح الحكــومة للشركة بموجب هذه الاتفاقية ايضا حق الافضلية للحصول على ( امتيــازى ) يشمل الباقى مـــــن القسم الشرقى للمملكة العربية السعودية ممتد الى الغرب من الحدود الغربية ( للمنطقة المشمولــة) الى نقطة اتصال الاراضى الراسيه بالطبقات الثانية . يتضمن حق الافضلية هذا ان للحكومة من حقــوق

ــ ١٦٩ ــ





وزارة المالية
الكتابة الخارجة

الآن اوماسيكون لهابعد الا رفيمايسونه بالمنطقة المحايدة المتاخمة للخليج الفارسى الواقعــــة
جنوبامن الكويت . ان صفة حق الافضلية هذ استحق عليه فيمابعد . ان المراد من تعبير ( امتيـــاز
زيتى ) الوارد فى هذه المادة هوامتيازشامل لجميع المنتجات الوارد ذكرهافى هذه الاتفاقية .وعلاوة
على ذلــك فانه لجيولوجى الشركة الحق فى فحص المنطقة المشمولة بحق الافضلية المشاراليه انفـــا
( ماعد المنطقة المحايدة المشاراليهااعلاه ) وذلك اذ اكان هذ الفحص ضروريا ارتفاعاالاستجــــلا
الطبيعة الجيولوجية ( للمنطقة المشمولة ) .

ــ المادة الرابعة ــ

تقدم الشركة للحكومة وذلك فى خلال المدة المتفق عليهافى المادة الثامنة عشرمن هذه الاتفاقيــــة
قرضامبلغ مقداره ثلاثون الف جنيهاانكليزياذ هباواميعاد لها .

ــ المادة الخامسة ــ

تدفع الشركة للحكومة سنويــا مبلغ خمسة الف جنيهاانكليزياذ هباواميعاد لها . لاجل السهولـــة
يعبرعن هذه الدفعة بلفظة ( ايجارسنوى ) وهذ الايجاريدفع مقدما . ان ايجاراول سنة سيدفـــع
فى خلال المدة المتفق عليهافى المادة الثامنة عشرمن هذه الاتفاقية . وبعد ذلك ومازالت هــــذه
المقاولة غيرملغاة فان الايجارالسنوى يظل مستحق الدفع فى راس كل سنة اعتبارامن تاريخ سريان مفعول
هذه الاتفاقية ويجب ان يدفع خلال ثلاثين يوامن تاريخ بدء كل سنة على انه لدى اكتشاف الــزيت
بكميات تجارية لن يطالب باى ايجارات سنوية اخرى كماانهالن تكون واجبة الدفع .

ــ المادة السادسة ــ

اذ التزمته هذه الاتفاقية فى بحرثمانية عشرشهرامن تاريخ سريان مفعولهاتقدم الشركةللحكومة قرضــا
ثانياقدره عشرون الف جنيهاانكليزياذ هباواميعاد لها . ان تاريخ استحقاق هذ القرض سيكـــون
بعد مضى ثمانية عشرشهرامن تاريخ سريان مفعول هذه الاتفاقية اناستكون للشركة فرصة خمسة عشر
يومامن تاريخ الاستحقاق كى تقدم هذ القرض فى خلالها .

ــ المادة السابعه ــ

فى مدة سريان مفعول هذه الاتفاقية لوتكون الحكومة مكلفة بان تسدد القرض الابتدائى البالـــغ
ثلاثين الف جنيهاانكليزياذ هباواميعاد لها او القرض الثانى البالغ عشرين الف جنيهاانكلـــيزيا
ذ هباواميعاد لهاوانمايكون للشركة الحق فى استرجاع مبالغ هذين القرضين بطريقة الخصم مـــن
نصف الربح المستحق للحكومة انلم تكن الشركة قد استرجعت مبلغ هذين القرضين بكاملهماأواىجزء



منها بتَّنِفذ الطريقة قبل انها• هذه الاتفاقية فيكون على الحكومة ان تسدد المبالغ التى لم تسترجـــع على اربعة اقساط سنوية . يدفع القسط الاول فى خلال سنة من تاريخ انها•هذه الاتفاقية . وزيادة على ذلك سيبقى للشركة حق الافضلية المشار اليه فى المادة الثالثة من هذه الاتفاقية نافذ الى ان تكـــون قد سددت الحكـومة جميع المبالغ التى لم تسترجع •

ــ المادة الثامنة ــ

لدى تاريخ سريان مفعول هذه الاتفاقيـــة تشرع الشركة فى عمل الخطط والتحضيرات للشغل الجيولوجى وترتب العمل ليستفاد من الطقس البارد للقيام بالاعمال الحقلية الفعالة ويصرف وقت الحرفى الاعمـال المكتبية كجمع المعلومات والتقارير وفى اى حالة من الاحوال لن يتاخر الابتدا•بالعمل الحقلى الحقيقى عن اخر شهر سبتمبر ٣٣١١ وهذ العمل سيواصل بكل اجتهاد ومثابرة الى ان تبد أ العمليات المتعلقـة بالحفر والى ان تنهى الاتفاقية •

ــ المادة التاسعــة ــ

خلال تسعين يوما من تاريخ الشروع فى عمليات الحفر تتخلى الشركة للحكومة عن بقع من المنطقة المشمولـة يكون قد تقرر لديها اذ اك عدم المثابرة على ارتياد هاوعدم استعمالها بشكل اخر له علاقة بهـــــــذا المشروع وكذلك تتخلى الشركة للحكومة من آن لاخر خلال مدة هذه الاتفاقية عن بقع اخرى من المنطقـة المشمولة التى قد تكون قررت الشركة انئذ عدم الضى فى استكشافها وتنقيبها الوعدم استعمالها افيمااله علاقة بهـذا المشروع • ان جميع البقع التى تكون قد تخلت الشركة عنها استطلاق من قيود وشروط هـذه الاتفاقية انما يكون للشركة الحق الدائم فى استعمال هذه الاراضى المتخلية عنها فى تسهيل النقـــل والمواصلات طول مدة هذه الاتفاقية . وعلى ان لايكون لهـذا الاستعمال الاقليلا من المداخلة فـــى الشكل الاخر الذى يمكّن ان تستعمل به هذه الاقسام التى تخلت عنها الشركة •

ــ المادة العاشرة ــ

تبد أ الشركة فى العمليات المتعلقة بالحفر حالما يكون قد وجد الموقع المرافق لها وفى اى حال من الاحوال اذ الم تكن قد باشرت النشركة عمليات الحفر خلال ثلاث سنوات اعتبارا من اخر شهر سبتمبر ٣٣١١ ــ (بشرط مراعاة احكام المادة السابعه والعشرون من هذه الاتفاقية ) يجوز حينئذ للحكومة ان تنهى هذه المقاولة . وعند ما تبد أ الشركة باعمال الحفر يجب المثابرة النشيطة عليها حتى تكون قد اكتشفـــــت زيوت بكميات تجارية اوالى ان تكون قد انهيت هذه الاتفاقية واذا قصرت الشركة عن اعلان اكتشـــاف الزيت بكميات تجارية فى وقته فان التاريخ الذى سيحسب انه صار اكتشاف الزيت بكميات تجــارية فيــه

ــ ١٧١ ــ



اى ربح عن الغازات التى قد تستعملها فى الاعمال العادية فى مؤسساتها فى المملكة العربية السعودية .

_ المادة السادسة عشر _

يحق للحكومة بواسطة مندوبين عنها مفوضين على الاصول ان تفتر وتدقق الاعمال التى تقوم بها الشركة بموجب احكــــام هذه الاتفاقية وذلك اثناء ساعات العمل العادية وان تراجع وتحقق كميات الانتـــــــاج تسير الشركة فى قياس كميات الزيت المستخرجه التى تد خرو تسيل من مستودع الخزن الحقلى طبقا للعادة المتبعة فى الحقول الزيتية التى هى من الدرجة الاولى وتحفظ بها حسابات صادة صحيحة وكذلك الحال فى شان الغازات الطبيعية التى يمكن ان تستخرج جهاو تد خرها و تبيعها و يحق لمند وبى الحكومة المفوضـين على الاصول ايضا ان يطلعوا فى جميع الاوقات اللائقة على هذه الحسابات . وتسلم الشركة للحكومة وذلك فى بحر ثلاثة اشهر بعد ختام كل نصف سنه ابتد اء من تاريخ اكتشاف الزيت بكميات تجارية خلاصة حسابات نصف تلك السنه وبيانا ببلغ الربح المستحق للحكومة عن نصف تلك السنه . وعلى الحّـ ومة ان تعامل هذه الحسابات والبيانات معاملة سرية ماعد االارقام التى ترى الحكومة حاجة الى نشرها الاغـــراض مالية . يدفع الربح المستحق للحكومة فى نهاية كل نصف سنة ابتد اء من تاريخ اكتشاف الزيت بكمـــيات تجارية فى خلال ثلاثة اشهر من نهاية نصف تلك السنه . وفى حالة وجود اى اختلاف يتعلق ببلغ الربـــع المستحق عن نصف تلك السنة تسلم الشركة للحكومة ذلك الجزء من ببلغ الربح الذى ليس عليه اختلاف فـى خلال المدة المشروط بها اعلاه وبعد ذلك تسوى مسألة الخلاف القائم باتفاق الطرفين واذ ا لم يحصل الاتفاق على هذ االشكل فيسوى الخلاف بواسطة التحكيم كما هو منصوص عليه فى هذه المقاولة _ يجرى دفع اى ببلغ يتقرر دفعه للحكومة بنتيجة هذه التسوية خلال ستين يوما من تاريخ تقريرها .

_ المادة السابعة عشر _

من المتفق عليه ان جميع الدفعات الذ هبية المنصوص عليها فى هذه الاتفاقية سواء كانت جنيهات اوشلنات ذ هبية ستحسب على قاعدة الجنيه الانكليزى الذ هب بحسب وزنه اونقاوته فى وقت استحقاق الدفعات . ومن المتفق عليه ايضا انه يمكن دفع مقابل العملة الذ هبية المنصوص عليها فى هذه المقاولة سواء كانـــت جنيهات اوشلنات ذ هبية بالد ولار الامريكى اوبالجنيه الاسترلينى .

ومن المتفق عليه ايضا ان دفع ما يقابل قيمة القرض الاول وايجار السنة الاولى بالعملة الاسترلينية اوبالد ولار الامريكى يكون بحسب سعر القطع يوم دفع تلك المبالغ وماعد ا ذلك فان مقابل الجنيهات اوالشلنات الذ هبية التى يستحق د فعها بموجب هذه المقاولة بالعملة الاسترلينية اوبالد ولار الامريكى يجرى حسابه على اسـاس متوسط سعر القطع خلال الثلاثة الاشهر التى تسبق تاريخ د فع ذلك المقابل مباشرة .

- ١٧٤ -



انشاء هذ المعمل ستقدم الشركة للحكومة بدون مقابل كمية من البنزين تبلغ مائتين الف جالون امريكى غيرمعبئه وكمية من الغازتبلغ مائة الف جالون امريكى غيرمعبئه . من المفهوم انه لن يكون من شان الوسائط التى ستتخذ ها الحكومة فى استلام هذه المقادير ان تعرقل اوتعرض اعمال الشركة للخطر .

— المادة العشرون —

تستخدم الشركة على نفقتها الخاصة العدد اللازم لهامن الحرس والاد لا' بغية المحافظة على مند وبيها ومخيماتها ومنشئاتها . امالحكومة فتعد بمساعدة الشركة مساعدة كلية فى تقديم احسن الجنــــود والرجال الموجودين عند ها وتكلفهم بمسئولية القيام بهذ العمل وتقدم للشركة كل محافظة معقولة باجـور لا تزيد عن الاجورالعادية التى تدفعها الحكومة اواى اناس اخرين مقابل خدمات مماثله . من المفهـــوم ان مصاريف هذه الخدمات تد فعها الشركة للحكومة .

— المادة الحادية والعشرون —

مقابل الالتزامات التى اخذت تها الشركة على نفسها بموجب هذه الاتفاقية ولقا' الد فعات المطلوبة مـــن الشركة فى هذه الاتفاقية تعفى الشركة والمشروع من جميع الضرائب المباشرة والغيرمباشرة ومن المكس والعوائد والاجوروالرسوم ( بمافيها الرسوم الجمركية عن الصاد روالوارد ) ومن المفهوم ان هذه المـيزة لا تشمل مبيع المحصولات فى داخل البلاد ولا احتياجات افراد موظفى الشركة الشخصية ولايجوز للشركـة ان تبيع فى داخل البلاد اى شئ من الادوات الوارد ة لهاوالتى لم يستحمل عنها رسم جمركى بد ون ان — تكون قد د فعت اولا ما يستحق عليهامن الرسوم الجمركية .

— المادة الثانية والعشرون —

من المفهوم طبعاان للشركة الحق فى استعمال جميع الوسائط والتسهيلات التى تعتبرها ضــــــرورية او موصى بها لاجل مساعد تها على التمتع بالحقوق الممنوحة لها بموجب هذه الاتفاقية وتمكينها من القيام باغراض هذ المشروع — التى تشمل ضمن امور اخرى هى بناء' . واستعمال الطرقات . المخيمات . الابنية التراكيب . جميع طرق المواصلات وان تقيم وتشغل الالا ت والاجهزة والوسائط التى لها علاقة بحفــــر الابار اوبالنقليا ت اوبالتخزين اوبمالجة اوبصنع اوبتمل اوبتصد يرالبترول ومنتوجاته اوبما يتعلـــق بالمخيمات والا بنية ومساكن موظفى الشركة . وللشركة الحق بان تبنى وتستعمل احواض وخزانـــــات وصهاريج واوعية . ولها ان تنشى مرافئ اورصفه وتمدد للتحميل البحرى وتشغلها وجميع التسهيـــلات المينائية الاخرى وان تستعمل جميع انواع الوسائط لنقل الموظفين اوالاجهزة اوالبترول ومستخرجاته .

— ١٧٦ —



المملكة العربية السعودية
وزارة المـــالية
المكتب الخاص

ومن المفهوم على كل حال ان استعمال الطيارات فى داخل البلاد سيكون موضوع اتفاقية منفصلة لوحدها
للشركة الحق ايضا ان تستثمر تأخذ وتستعمل المياه ـ كما انه يكون لها الحق ايضا ان تأخذ وتستعمل
اى مياه تكون خاصة للحكومة وذلك لاجل ادارة الاعمال المتعلقة بالشروع على شرط ان لا يلحـــق
عليها هذا اضرارا بالرى ولا يحرم الاراضى او البيوت او موارد سقى المواشى من الماء الكافى من حين لآخر .
وللشركة ايضا ان تأخذ وتستعمل ما يقتضى لاعمالها المنصوص عليها فى هذا الشروع ما كان خاصا بالحكومـة
من المحصولات الطبيعية الاخرى كالتراب السطحى والخشب والحجارة والكلس والجص وما شــــابه
هذه المواد .

ويكون لموظفى الحكومة ووكلائها ( فى اثناء القيام باعمالهم الرسمية ) الحق فى استعمال وســـــائط
المواصلات والنقل التى تؤسسها الشركة على شرط ان لا يعيق او يعرقل ذلك الاستعمال اعمال الشـــــركة
المندرجة ضمن هذه الاتفاقية وان لا يلحق بالشركة اوى يكبد هذا اى نفقات مادية . ان استعمـــال
الحكومة وسائط المواصلات والنقل الخاصه بالشركة فى اوقات الطوارى، الوطنية سيجيز للشــــركـة
تعويضا عاد لا عن اى خسارة تتكبد ها من جراء ذلك الاستعمال اما عن ضرر يحصل فى وسائط الشـــركة
او فى محـــد اتها او انشاء اتها او فى عرقلة او اعاقة اعمالها .

— المادة الثالثه والعشرون —

يدير المشروع المنصوص عليه فى هذه الاتفاقية ويراقبه اشخاص مؤيكون وهم سيستخد مون على قـــــدر
الاستطاعة والا مكان رعايا الحكومة العربية السعودية . وطالماكان بامكان الشركة ايجاد موظفيـن
لائقين من رعايا الحكومة العربية السعودية فانها لا تستخدم رعايا اى حكومات اخرى ـ اما ما يلمــــة
الشركة للعمال فانها تكون خاضعة للقوانين السارية المفعول فى البلاد ( التى تطبق عاد تة على يستخد م فى
اى مشاريع صناعية اخرى ) .

— المادة الرابعة والعشرون —

تحتفظ الحكومة لنفسها بحق التحرى على المواد او المنتوجات الاخرى خلاف المنصوص عليها فى هـــذه
الاتفاقية واستحصالها اوذلك فى داخل المنطقة المشولة بهذه الاتفاقية الا ما كان منها من الاراضى التى
تشغلها بار او انشاء اٮ الشركة . ويشترط فى ذلك دائما ان هذا الحق الذى تحتفظ به الحكـــومـة
سيمارس بطريقة لا تخل بحقوق الشركة الممنوحة لها ولا تعرقى عليها تها للخطر ويشترط على الحكـــومة
فى ذلك ايضا انها تاد فع للشركة تعويضا عاد لا عن كل ضرر يلحق بالشركة من جراء ممارسة هذه الحقـــوق
التى تحتفظ بها . وعند منح هذه الحقوق التى احتفظت بها الحكومة لنفسها فان صاحب الامتياز يكـــون
مقيد ا بنصوص هذه المادة .

— ١٧٧ —



(٢) تعطى الشركة للحكومة مهلة لابتياع ممتلكات المشروع المنقولة فى البلاد العربية السعودية بقيمة معتدلة مساوية لقيمة بدلات تلك الممتلكات فى ذلك الوقت مع تنزيل قيمة ما نقص بالاستعمال وأى اختلاف ينشأ بشأن تعيين هذه القيمة المعتدلة سيسوى بطريقة التحكيم بنفس الطريقة المنصوص عليها فى المادة الحادية والثلاثين من هذه الاتفاقية واذا رفضت الحكومة أو عجزت عن شتراء تلك الممتلكات المنقولة فى خلال شهرين من تاريخ انها هذه المقاولة أواذا اعجزت الحكومة عن تقديم القيمة فى بحرثلاثين يوما بعد تقريرها أو بعد الاتفاق عليها أو بواسطة التحكيم فيكون للشركة الحق فى نقل ممتلكاتها تلك فى بحر ستة أشهر .

(٣) أن بقى للشركة مبالغ مستحقة لم تسترجع بموجب المادة السابعة من هذه الاتفاقية فان تحفظات المادة السابعة المذكورة تظل سارية المفعول الى أن تنفذ الالتزامات المنصوص عليها فيها .

__ المادة التاسعة والعشرون __

فى حالة تقصير الشركة لتعهد ها بتقديم القرض الثانى البالغ عشرين الف جنيها انكليزيا ذ عبارة بماعاد لها كما هو مشروط فى المادة السادسة من هذه الاتفاقية او تعهد ها بالبدء بالاعمال المتعلقة بالحفر كما نص عليه فى المادة العاشرة من هذه الاتفاقية او تعهد ها بتقديم السلفتين البالغ قدر كل واحد منهما خمسين الف جنيها انكليزيا ذهبا وما يعاد لها كما هو منصوص عليه فى المادة الحادية عشرون من هذه الاتفاقية او تعهد ها بموجب المادة الثلاثين من هذه الاتفاقية بشأن دفع مبلغ أى تعويض يمكن أن يفرض على الشركة فان علاج الحكومة لهذا التقصير يكون عبارة عن حقها فى اخطار الشركة فورا وأذا لك التقصير وعند ئذ ان لم تتخذ الشركة التد ابير السريعة من اجل الوفاء بالتعهد ات المنقوضة يحق للحكومة ان تنهى هذه الاتفاقية .

__ المادة الثلاثين __

ان العقوبة التى تترتب على الشركة لقاء خرقها أى تعهد من تعهد اتها المنصوص عليها فى هذه الاتفاقية ( يستثنى من ذلك ما هو مشروط فى المادة التاسعة والعشرون اعلاه ) هى غرامة تد فعها الشركة للحكومة بالشروط الاتيه .

تخطر الحكومة الشركة حالا عن أى نقض من نسوب اليها و تبين الحكومة للشركة طبيعة ذلك النقض . وأى اختلاف يمكن ان ينشأ من هذا اذا كانت الشركة قد ارتكبت ذلك النقض المنسوب اليها ام لا يسوى بالطريقة الموضحة فى هذه الاتفاقية فاذ اثبت ارتكاب الشركة لذلك النقض فان تقصيرها فى القيام با تخاذ



__ ١٧٩ __



التدابير السريعة لمعالجته يعرض الدفع تعويضاً عن الاضرار للحكومة وان لم يتفق على كمية هـــــذه التعويضات يجرى تقريرها بالتحكيم بالطريقة المنصوص عليها فى هذه الاتفاقية وتدفع الشركة للحكـــومة مبالغ التعويضات المقررة على النمط المذكور فى خلال شهرين يومان بعد تاريخ ذلك القرار  .

**ــ المادة الحادية والثلاثين ــ**

اذا نشأ شك او اشكال او خلاف بين الحكومة والشركة فى تفسير هذه الاتفاقية او تنفيذها او تفسير شئ منها او تنفيذه  او فيما له علاقة بها او فى حقوق احد الفريقين او تبعاته  فعجز الفريقان عن الاتفاق على تســـوية ذلك بطريقة اخرى تحال القضية الى حكمين اثنين يختار كل فريق واحد منهما على وازيختاره الحكمان قبل الشروع فى التحكيم ويعين كل فريق حكمه فى خلال ثلاثين يوما من تاريخ طلب الفريق الاخر لك خطيا منه  .  واذا عجز الحكمان عن الاتفاق على تعيين الوازع فعلى الحكومة والشركة حينئذ ان يعينا بالاتفاق وازع او اذا عجزتا عن الاتفاق فيما بينهما عليهما ان يطلبا الى رئيس محكمة العدل الدولية الدائمة ان يعين وازع او يحكم الحكمين فى القضية باتاماذا لم يتفق بينهما على الرأى فيحكم الوازع فى القضية نهائيا اما مكان التحكيم فيتفق عليه الفريقان واذا عجز ان الاتفاق على ذلك فيكون فى لاهاى ( هولنده  )

**ــ المادة الثانية والثلاثين ــ**

لايحق للشركة ان تنقل حقوقها وتعهداتها المنصوص عليها فى هذه الاتفاقية الى اى كان بدون موافقـــة الحكومة الا انه من المفهوم ان للشركة الحق ان تحول حقوقها وتعهداتها المنصوص عليها فى هذه الاتفاقية الى شركة تؤسسها بنفسها لهذا المشروع بعد اخطارها الحكومة بذلك  . ويكون للشركة الحق ايضا ان تنشئ شركات او مؤسسات اخرى كهذه حينما يظهر لها فائدة ذلك او ضرورته لاجل القيام باغراض هذا المشروع  . ان مثل هذه الشركات او المؤسسات تصبح حال تقليدها بعض الحقوق والتعهدات المنصوص عليها فى هذه الاتفاقية او كلها وعند اخطارها الحكومة بذلك  خاضعة بموجبها للشروط هذه الاتفاقية ونصوصها  . فى حالة ما اذا كانت الشركة او المؤسسة المؤلفة جديد اتصد راسها بغية البيع الى العامة سيعطى لسكان المملكة العربية السعودية وقتامع قولا مناجل الاشتراك ( بنفس الشروط المعروضة على الاخرين) فى عشرين من المائة على الاقل من الاسهم الصادرة والمعروضة على العامه للبيع  .

**ــ المادة الثالثة والثلاثين ــ**

من المفهوم ان مدد الاوقات المشار اليها فى هذه الاتفاقية ستحسب على اساس التقويم الشمسى  .

**ــ المادة الرابعة والثلاثين ــ**

ان التاريخ الذى سيعتبرفيه هذه الاتفاقية سارية المفعول هو التاريخ الذى تتشرف فيه فى البلاد العربيـــة السعودية . عقيب ابرام هذه الاتفاقية من قبل الشركة  .

ــ ١٨٠ ــ



— المادة الخامسة والثلاثين   —

وضعت هذه الاتفاقية باللغتين العربي والانكليزى ولكليهما قيمة واحده وبما ان اكثر التعهــــــدات المنصوص عليها فيها تجرى على الشركة وبما ان تفسير النص الانكليزى وبالاخص ان التعهـدات التكتيكية والاتفاقآت العائدة للصناعة الزيتية  ــ هى تعابير تأسست على قواعد قويمة بعد ممارسة واختبـــــار طويلين فى اتفاقيات مماثلة لهذه الاتفاقية فانه من المتفق عليه ان للنصين قيمة واحده ولكن فى حالـــة وقوع خلاف على تفسير يتعلق بتعهدات الشركة المنصوص عليها فيها فالنص الانكليزى يكون هو المعتمد .

— المادة السادسه والثلاثين  —

منعا لحصول اى التباس فانه من الواضـح الجلى انه لايحـق للشركة اولاى شخص تابع لهـــــا اومنسـوب اليها ان يتـداخل فى الشئون الادارية اوالسياسيـة  اوالدينيـة فى المملكة العربية السعودية  .

— المادة السابعه والثلاثين  —

من المفهـوم ان هذه الاتفاقيـة بعد ان يكون جرى توقيعهـا فى البلاد العربية السعوديـــــة ستكـون عرضة لابرام الشـركة لمعانى مركزها فى سان فرانسيسكـو فى ولاية كاليفورنيـا قبــل ان تصبح نافذة المفعول  . وبعد التوقيع على نصى هذه الاتفاقية من نسختين فى البلاد العربيـــة السعودية سترسل النسـخ الموقعة مسجلة بالبريد الى مركز الشركة فى سان فرانسيسكو كاليفورنيا وفى خلال خمسة عشر يوما بعـد استـلام الشركة لها عليها ان تبرق للحكـومة بموافقتها على ابـــرام هذه الاتفاقيـة اوعدمه ــ فاذا لم تبرم الشـركة الاتفاقية فى خلال خمسة عشر يوما من ذلك التاريخ تسمى هذه الاتفاقيـة لاغية باطلة ولن يكون لها اى مفعول او تاثير اخـر   .

وبالمثـــل اذ المهد فـح القـرض المبد ي فى وايجـار السنة الاولى الى الحكومة فى خلال الوقـــــت المتفـق عليه فى المـادة الثامنة عشر من هـذه الاتفاقيـة  يكـون للحكومة الحق يان تعلـــــن ابطـال والغـاة هذه الاتفاقيـة وان تحسبهـا بعد ذلك غـير نافـذة المفعول لدى ابـــــرام الشـركة لهـذه الاتفاقيـة لتعـميد الى الحكومة نسخه واحده من كلا النصين الموقعين مع دليـل الاثبـــات اللازم الذى يثبت ابرام الشـركة لما كانه لدى ابرام الشـــركة لهذه الاتفاقيـــــه



فانهـا تنشــــرفى البلاد العربية السعودية بالطريقة المعتادة .

وقعت هذه الاتفاقية فى هذا اليم الرابع من شهر صفر عام الف وثلاثمائة واثنين وخمسيـــن هجــرية الموافق تسعة وعشرين مايو سنة الف وتسعمائة وثلاثة وثلاثين ميلادية .

عن شركة ستندرد اويل اوف كاليفورنيا

L. N. Hamilton

عن حكومة الملكــة العربية السعودية

وزير الـــــــمالية