**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALEED AL-QARQANI, ET AL., | No. C 18-03297 JSW |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CHEVRON CORPORATION, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order granting Respondents Chevron Corporation and Chevron U.S.A., Inc.'s motion to dismiss the Petition to Confirm a Foreign Arbitral Award, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: September 24, 2019

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE