CHUNG, MALHAS & MANTEL, PLLC - WASHINGTON
Edward C. Chung, WSBA #34292
(Email: Echung@cmmlawfirm.com)
Dima N. Malhas, WSBA #44370
(Dmalhas@cmmlawfirm.com)
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Phone: (206) 264-8999
*Attorneys for Petitioners*

LAW OF OFFICES OF NICOLE JADELRAB - CALIFORNIA
Nicole Jadelrab, California Bar #261193
(Njadelrab@nicolelawfirm.com)
19800 MacArthur Blvd., Suite 300
Irvine, California 92612
Phone: 650-464-8113
*Pro Hac Vice Sponsor & Local Counsel*

**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| HEIRS OF KHALID ABU AL-WALEED AL-HOOD AL-QARQANI; WALEED KHALID ABU AL-WALEED AL HOOD AL-QARQANI; AHMED KHALID ABU AL-WALEED AL HOOD AL-QARQANI; SHAHA KHALID ABU AL-WALEED AL HOOD AL-QARQANI; NAOUM AL-DOHA KHALID ABU AL-WALEED AL HOOD AL-QARQANI; AND NISREEN MUSTAFA JAWAD ZIKRI,<br><br>Petitioners,<br><br>v.<br><br>CHEVRON CORPORATION (including all predecessors and related entities), a Delaware corporation with its headquarters in San Ramon, California; and CHEVRON U.S.A., INC. (including all predecessors and related entities), is a Pennsylvania corporation with its headquarters in San Ramon, California,<br><br>Respondents. | **CAUSE NUMBER: 4:18-cv-03297-JSW**<br><br><br><br>**NOTICE OF APPEAL OF ORDER AND JUDGMENT** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. App. P. 3, Petitioners identified in the above caption Notice of Appeal, hereby appeal to the United States Court of Appeals for the 9th Circuit from the United States District Court for the Northern District of California's: (1) September 24, 2019 Court Order granting Defendants' Motion for Dismissal (Dck# 171) and the (2) September 24, 2019 Judgment (Dck#172).

NOTICE OF APPEAL OF ORDER AND JUDGMENT - PAGE 1 OF 3

*Respectfully submitted this 18th day of October 2019.*

**CHUNG, MALHAS & MANTEL PLLC.**

*/s/ Edward C. Chung*
Edward C. Chung, WSBA #34292
*Pro Hac Vice* Counsel & Attorney for Petitioners
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Email: Echung@cmmlawfirm.com
Phone: (206) 264-8999
Facsimile: (206) 264-9098


*/s/ Dima N. Malhas*
Dima N. Malhas, WSBA #44370
*Pro Hac Vice* Counsel & Attorney for Petitioners
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Email: Dmalhas@cmmlawfirm.com
Phone: (206) 264-8999


**LAW OF OFFICES OF NICOLE JADELRAB:**

*/s/ Nicole Jadelrab*
Nicole Jadelrab, California Bar #261193
California Local Counsel & *Pro Hac Vice Sponsor*

19800 MacArthur Blvd., Suite 300
Irvine, California 92612
Email: (Njadelrab@nicolelawfirm.com)
Phone: (650) 464-8113
Facsimile: (917) 542-7601

***Pro Hac Vice Sponsor & Local Counsel***

NOTICE OF APPEAL OF ORDER AND JUDGMENT - PAGE 2 OF 3

## DECLARATION OF SERVICE

I, Edward C. Chung, counsel of record for the above captioned matter declare under penalty of perjury under the laws of the United States of America that either I have filed electronically the foregoing document with U.S. District Court Clerk for the Northern District of California using the Court's ECF's Case Filing System wherein service upon Respondents and counsels of record shall be made on the following:

**GIBSON DUNN & CRUTCHER LLP – New York**
c/o: Randy Michael Mastro, Esq.
200 Park Avenue, New York, NY 10166
Office Phone: (212) 351-5361 • Facsimile: (212) 351-4035
*Email of Randy Michael Mastro*: Rmastro@gibsondunn.com
*Email of Anne M. Champion*: Achampion@gibsondunn.com
*Email of Caitlin J. Halligan*: Challigan@gibsondunn.com

**GIBSON, DUNN CRUTCHER, LLP – San Francisco**
c/o: Charles Joseph Stevens, Esq.
555 Mission Street, Suite 3000, San Francisco, CA 94105
Phone: (415) 393-8259
*Email of Stephen William Henrick*: Shenrick@gibsondunn.com
*Email of Charles J. Stevens:* Cstevens@gibsondunn.com

**HERBERT SMITH FREEHILLS NEW YORK, LLP**
c/o: Christian Leathley, Esq.
450 Lexington Avenue, 14th Floor, New York, NY 10017
Office Phone: (917) 542-7810 • Facsimile: (917) 542-7601
*Email of Scott S. Balber*: Scott.balber@hsf.com
*Email of Christian Leathley*: Christian.leathley@hsf.com

DORSEY & WHITNEY, LLP
Kent Jeffrey Schmidt, Esq.
600 Anton Boulevard, Suite 2000, Costa Mesa, CA 92626
Office Phone: (714) 800-1400
*Email of Kent Jeffrey Schmidt*: Schmidt.kent@dorseylaw.com

*Dated this 18th day of October 2019.*

/s/ Edward C. Chung
Edward C. Chung, WSBA #34292
*Pro Hac Vice* Counsel & Attorney for Petitioners
1511 Third Avenue, Suite 1088
Seattle, Washington 98101
Email: Echung@cmmlawfirm.com
Phone: (206) 264-8999
Facsimile: (206) 264-9098