FILED

JUL 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WALEED KHALID ABU AL-WALEED AL HOOD AL-QARQANI; AHMED KHALID ABU AL-WALEED AL HOOD AL-QARQANI; SHAHA KHALID ABU AL-WALEED AL HOOD AL-QARQANI; NAOUM AL-DOHA KHALID ABU AL-WALEED AL HOOD AL-QARQANI; NISREEN MUSTAFA JAWAD ZIKRI,<br><br>        Petitioners-Appellants,<br><br>  v.<br><br>CHEVRON CORPORATION; CHEVRON USA INC.,<br><br>        Respondents-Appellees.<br>_____<br><br>In re: EDWARD C. CHUNG. | No.   19-17074<br><br>SPECIAL MASTER PROCEEDING<br><br>DC No.   4:18-cv-03297-JSW<br>ND Cal., Oakland<br><br>ORDER |

Before:    TASHIMA, Circuit Judge, acting as Special Master:

    1.    Appellants' Motion to Special Master for clarification, etc. [Dkt. 93] is granted in part.

    A.    The Clerk's order striking Appellants' brief [Dkt. 90] is vacated and the brief shall be accepted as filed.

    B.    The time within Chevron's responding brief is due is extended to August 5, 2022, and the due date of Appellant's reply brief is extended to August

19, 2022. The scheduled hearing date of August 26, at 9:30 a.m., remains the same.

    2.    Respondents-Appellees' request for judicial notice [Dkt. 94] is granted. Appellants' motion to strike Chevron's post-mandate FRE motion [Dkt. 95] is denied.

    3.    Appellants' motion to compel access [Dkt. 96] to audio recordings is denied as moot, and to compel access to video recordings is denied, as unnecessary.

    4.    Appellants' motion to strike [Dkt. 98] is denied.

    5.    All other pending motions are denied.