1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 11 WALEED AL-QARQANI, et al., | Case No. 4:18-cv-03297-JSW |
| 12                           *Petitioners*, | **[PROPOSED] ORDER GRANTING RESPONDENTS' MOTION FOR ATTORNEYS' FEES AS A COMPENSATORY SANCTION PURSUANT TO THE NINTH CIRCUIT'S ORDER OF JUNE 26, 2023** |
| 13        v. | |
| 14 CHEVRON CORPORATION and CHEVRON U.S.A. INC., | |
| 15                           *Respondents*. | Judge:  Hon. Jeffrey S. White |

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

As a compensatory sanction, the Ninth Circuit ordered attorney Edward Chung to reimburse Respondents for their attorneys' fees incurred in responding to Mr. Chung's filing of a fabricated newspaper article and subsequent proceedings.  Dkt. 186.  Pursuant to Circuit Rule 39-1.8, the Ninth Circuit transferred to this Court the determination of the appropriate award of attorneys' fees.  *Id.* at 3.

Respondents have submitted attorney declarations and supporting evidence for an award of $251,313.72 in fees.  The Court finds both that Respondents have satisfied their burden of proof to justify the requested fees, and that Respondents' fees are reasonable.  *See United States v. $28,000.00 in U.S. Currency*, 802 F.3d 1100, 1105 (9th Cir. 2015).

The Court further concludes that Respondents are entitled to an award of prejudgment interest based on the prime rate because "awarding Defendants interest based on the prime rate . . . will adequately compensate Defendants for the time value of the money they had tied up in this litigation." *Amphastar Pharms. Inc. v. Aventis Pharma SA*, Case No. 5:09-CV-00023-SHK, 2020 WL 8680070, at *30 (C.D. Cal. Nov. 13, 2020); *see also In re Wash. Pub. Power Supply Sys. Sec. Litig.*, 19 F.3d 1291, 1305 (9th Cir. 1994)  ("The district court has discretion to compensate delay in payment in one of two ways: (1) by applying the attorneys' current rates to all hours billed during the course of the litigation; or (2) by using the attorneys' historical rates and adding a prime rate enhancement." (citation omitted)).  The Court adopts the prejudgment interest calculations set forth in paragraphs 7 to 15 of the Declaration of Anne Champion and awards Respondents an additional $16,970.13 in prejudgment interest.

Respondents' motion is accordingly **GRANTED.**  Mr. Chung shall pay Respondents $268,283.85, representing $251,313.72 in fees plus $16,970.13 in prejudgment interest.

**IT IS SO ORDERED.**

DATED:  _____October 24_____  ____, 2023

_____
Hon. Jeffrey S. White
United States District Judge