CHARLES J. STEVENS, SBN 106981
    cstevens@gibsondunn.com
STEPHEN W. HENRICK, SBN 310539
    shenrick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ANNE CHAMPION (*pro hac vice*)
    achampion@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035

CHRISTIAN LEATHLEY (*pro hac vice*)
    Christian.Leathley@hsf.com
SCOTT BALBER (*pro hac vice*)
    Scott.Balber@hsf.com
HERBERT SMITH FREEHILLS NEW
    YORK LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 917.542.7600
Facsimile:  917.542.7601

Attorneys for Respondents CHEVRON CORPORATION and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALEED AL-QARQANI, et al.,<br><br>      *Petitioners*,<br><br>v.<br><br>CHEVRON CORPORATION and CHEVRON U.S.A. INC.,<br><br>      *Respondents*. | Case No. 4:18-cv-03297-JSW<br><br>**REPLY IN SUPPORT OF RESPONDENTS' MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH ORDER GRANTING RESPONDENTS' MOTION FOR ATTORNEYS' FEES**<br><br>Judge:  Hon. Jeffrey S. White<br><br>**HEARING**:<br>Date:           January 12, 2024<br>Time:          9:00 AM |

Edward Chung's opposition to Respondents Chevron Corporation and Chevron U.S.A. Inc.'s motion for an entry of judgment merely rehashes frivolous arguments that both the Ninth Circuit and this Court have already rejected. Because Mr. Chung offers no basis on which this Court should decline to enter judgment, Respondents respectfully request that this Court enter judgment in accordance with the Court's October 24, 2023 order awarding Respondents' attorneys' fees and prejudgment interest as a compensatory sanction pursuant to the Ninth Circuit's June 26, 2023 order.

Mr. Chung's arguments—many of which are copied and pasted word-for-word from Mr. Chung's prior sur-reply opposing Respondents' request for fees in this Court, *compare, e.g.*, Dkt. 190 at 16–20, *with* Dkt. 194 at 15–19—all go to the propriety of the fee award this Court has already imposed in accordance with the Ninth Circuit's order. Those rulings are now law of the case and are not subject to further dispute. *See Thomas v. Bible*, 983 F.2d 152, 154 (9th Cir. 1993) ("[A] court is generally precluded from reconsidering an issue that has already been decided by the same court, or a higher court in the identical case."). In any event, both the Ninth Circuit and this Court have correctly rejected Mr. Chung's meritless contentions, and Mr. Chung identifies no plausible justification for revisiting them yet again before judgment is entered. *See* Dkt. 186 at 2 (Ninth Circuit finding "meritless" Mr. Chung's arguments that "this court lacks jurisdiction to impose sanctions," that "the Special Master violated certain procedural and due process requirements," that "the Special Master applied incorrect substantive law," and that "the sanctions proceedings resulted from judicial bias and misconduct"); Dkt. 191 (awarding fees over Mr. Chung's objections).

Nowhere in Mr. Chung's opposition does he address the only issue properly before the Court: whether to enter judgment in accordance with the Ninth Circuit's and this Court's prior determinations that Mr. Chung should pay Respondents' attorneys' fees as a compensatory sanction. Mr. Chung's brief does not even mention Federal Rule of Civil Procedure 58, let alone offer any basis why the Court should not either enter judgment directly pursuant to Rules 58(d) and 58(a) or direct the Clerk of Court to enter judgment pursuant to Rule 58(b). The Court should grant Respondents' motion and enter judgment accordingly.

For the foregoing reasons, Respondents respectfully request that the Court enter judgment against Mr. Chung for the full amount of fees Respondents sought before the Ninth Circuit

1

REPLY IN SUPPORT OF RESPONDENTS' MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH ORDER GRANTING RESPONDENTS' MOTION FOR ATTORNEYS' FEES
CASE NO. 4:18-CV-03297-JSW

($251,313.72), plus appropriate interest in the amount of $16,970.13, for a total award of $268,283.85 as a compensatory sanction pursuant to the Ninth Circuit's June 26, 2023 order.

DATED:  December 11, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Anne Champion

CHARLES J. STEVENS, SBN 106981
  cstevens@gibsondunn.com
STEPHEN W. HENRICK, SBN 310539
  shenrick@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

ANNE CHAMPION (pro hac vice)
  achampion@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

CHRISTIAN LEATHLEY (pro hac vice)
  Christian.Leathley@hsf.com
SCOTT BALBER (pro hac vice)
  Scott.Balber@hsf.com
HERBERT SMITH FREEHILLS NEW YORK
  LLP
450 Lexington Avenue
New York, NY 10017
Telephone:  917.542.7600
Facsimile:   917.542.7601

Attorneys for Respondents CHEVRON CORPORATION and CHEVRON U.S.A. INC.