UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALEED AL-QARQANI, et al.,<br><br>    *Petitioners*,<br><br> v.<br><br>CHEVRON CORPORATION and CHEVRON U.S.A. INC.,<br><br>    *Respondents*. | Case No. 4:18-cv-03297-JSW<br><br>**[PROPOSED]** **JUDGMENT**<br><br>Judge: Hon. Jeffrey S. White |

## **JUDGMENT**

Pursuant to Court's Order granting Respondents Chevron Corporation and Chevron U.S.A., Inc.'s Motion for Attorneys' Fees as a Compensatory Sanction Pursuant to the Ninth Circuit's Order of June 26, 2023, Dkt. 191, and Respondents' Motion for Entry of Judgment, Dkt. 193-1, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Respondents, and it is FURTHER ORDERED AND ADJUDGED that Mr. Edward C. Chung shall pay Respondents $268,283.85, representing $251,313.72 in fees plus $16,970.13 in prejudgment interest.

**IT IS SO ORDERED.**

DATED: _____January 8, 2024_____ ____, 2023

_____
Hon. Jeffrey S. White
United States District Judge